HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00065-RAJ-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed *de novo* the Report and Recommendation of Magistrate Judge Grady J. Leupold, dkt. # 18, Plaintiff's objections to the Report and Recommendation, dkt. # 19, and the remaining record, does hereby find and ORDER:

(1)   The Court **ADOPTS** the Report and Recommendation.

(2)   This action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. Dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

//

//

ORDER - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

Dated this 28th day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2